# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey M. Lit                                    CHAPTER 7

<ins>Debtor(s)</ins>

BKY. NO. 22-12334 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of MidFirst Mortgage and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
18 Nov 2022, 16:57:53, EST

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322