United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-12334-mdc

Jeffrey M. Lit                                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 3
Date Rcvd: Nov 25, 2022                   Form ID: 139                              Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeffrey M. Lit, 1108 Valley Glen Road, Elkins Park, PA 19027-1750 |
| 14720916 | + | ABINGTON MEDICAL SPECIALISTS P.C., 118 Welsh Rd Ste B, Horsham, PA 19044-2242 |
| 14720917 | | AMERICAN HERITAGE FCU, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14720918 | | AMEX/CITIBANK, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14720927 | | COHEN MARRACCINI LLC, 660 2nd Street Pike, Southampton, PA 18966-3995 |
| 14720931 | + | EALG&S, PC, 705 Easton Rd Fl 2, Willow Grove, PA 19090-2025 |
| 14720933 | | JEFFERSON HEALTH, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14726823 | + | JPMorgan Chase Bank, National Association, c/o Lorraine Gazzara Doyle,Esquire, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14720934 | | LINEBARGER GIGGAN BLAIR & SAMPSON, LLP, 61 Broadway Rm 2600, New York, NY 10006-2840 |
| 14720936 | + | MACYS/CITIBANK, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14737188 | + | MidFirst Mortgage, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720937 | | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Dallas, TX 75201 |
| 14720940 | | PATENAUDE & FELIX, A.P.C., 2400 Ansys Dr Ste 402-B, Canonsburg, PA 15317-0403 |
| 14720942 | | PHILADELPHIA PARKING AUTHORITY, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 14720943 | | PHILADELPHIA POLICE & FIRE FCU, 901 Arch St, Philadelphia, PA 19107-2404 |
| 14720947 | | SIXT RENT-A-CAR LLC, PO Box 8188, Fort Lauderdale, FL 33310-8188 |
| 14720949 | | STEWART MARGOLIS, 164 Kingswood Ct, Glen Mills, PA 19342-2018 |
| 14720951 | | TABAS & ROSEN, P.C., 1601 Market St Ste 2300, Philadelphia, PA 19103-2306 |
| 14720952 | + | TD BANK N.A, PO BOX 1448, Greenville, SC 29602-1448 |
| 14720956 | | U-HAUL OVERTIME (LB), C/O VENGROFF WILLIAMS, INC., 2211 Fruitville Rd, Sarasota, FL 34237-6116 |
| 14720957 | | VALLEY GLEN CONDOMINIU ASS'N, C/O REALTY MGMT & MAINT. LLC, 456 Germantown Pike Ste 2, Lafayette Hill, PA 19444-1805 |
| 14720958 | | WF/PREFERRED CUSTOMER ACCT, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Nov 26 2022 05:18:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 26 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Nov 26 2022 00:10:56 | MidFirst Mortgage, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720919 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 26 2022 00:11:00 | APPLE CARD - GS BANK USA, 11850 S Election Rd, Draper, UT 84020-6887 |

District/off: 0313-2 | User: admin | Page 2 of 3

Date Rcvd: Nov 25, 2022 | Form ID: 139 | Total Noticed: 51

| | | | | |
|---|---|---|---|---|
| 14720920 | | EDI: CINGMIDLAND.COM | Nov 26 2022 05:18:00 | AT&T MOBILITY, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 14720921 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 26 2022 00:11:00 | CAINE & WEINER, PO Box 55848, Sherman Oaks, CA 91413 |
| 14720922 | + | EDI: CAPITALONE.COM | Nov 26 2022 05:18:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14720925 | | Email/Text: bankruptcycollections@citadelbanking.com | Nov 26 2022 00:11:00 | CITADEL FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14720926 | | Email/Text: bankruptcy@philapark.org | Nov 26 2022 00:11:00 | CITY OF PHILADELPHIA, PARKING VIOLATIONS BRANCH, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14720928 | | EDI: CCS.COM | Nov 26 2022 05:18:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14720929 | ^ | MEBN | Nov 26 2022 00:10:53 | Credit Control, LL, PO Box 31179, Tampa, FL 33631-3179 |
| 14720930 | | EDI: DISCOVER.COM | Nov 26 2022 05:18:00 | DISCOVER BANK, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14720932 | | Email/Text: crdept@na.firstsource.com | Nov 26 2022 00:11:00 | FIRSTSOURCE ADVANTAGE, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14720924 | | EDI: JPMORGANCHASE | Nov 26 2022 05:18:00 | CHASE MORTGAGE, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14726722 | | EDI: JPMORGANCHASE | Nov 26 2022 05:18:00 | JPMorgan Chase Bank, National Association, ATTN: Correspondence Mail, Mail Code LA4, 700 Kansas Lane, Monroe , LA , 71203 |
| 14720935 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:15:01 | LVNV FUNDING, LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14720938 | ^ | MEBN | Nov 26 2022 00:10:53 | NCB MGMT SERVICES INC., PO Box 1099, Langhorne, PA 19047-6099 |
| 14720939 | + | Email/Text: bnc@nordstrom.com | Nov 26 2022 00:11:03 | NORDSTROM TD BANK USA, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 14720941 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 26 2022 00:11:00 | PECO ENERGY, 2301 Market St # N3-1, Philadelphia, PA 19103-1380 |
| 14721863 | + | EDI: PENNDEPTREV | Nov 26 2022 05:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14721863 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 26 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14720945 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2022 00:15:03 | RESURGENT CAPITAL SERVICES, PO Box 10497, Greenville, SC 29603-0497 |
| 14720946 | | Email/Text: bankruptcy@sequium.com | Nov 26 2022 00:11:00 | SEQUIUM ASSET SOLUTIONS, LLC, 1130 Northchase Pkwy SE Ste 150, Marietta, GA 30067-6429 |
| 14720948 | | Email/Text: bankruptcy@springoakscapital.com | Nov 26 2022 00:11:00 | SPRING OAKS CAPITAL LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14720950 | | EDI: RMSC.COM | Nov 26 2022 05:18:00 | SYNCB/SAMS DUAL CARD, PO Box 965005, Orlando, FL 32896-5005 |
| 14719628 | + | EDI: RMSC.COM | Nov 26 2022 05:18:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719422 | + | EDI: RMSC.COM | Nov 26 2022 05:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 25, 2022 | Form ID: 139 | Total Noticed: 51 |

| | | | 23541-1021 |
| 14720953 | EDI: WTRRNBANK.COM | | |
| | | Nov 26 2022 05:18:00 | TD BANK USA, N.A., PO Box 673, Minneapolis, MN 55440-0673 |
| 14720954 | EDI: WTRRNBANK.COM | | |
| | | Nov 26 2022 05:18:00 | TD BANK USA/TARGET CREDIT, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14720955 | EDI: CITICORP.COM | | |
| | | Nov 26 2022 05:18:00 | THE HOME DEPOT/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, National Association, ATTN: Correspondence Mail, Mail Code LA4, 700 Kansas Lane, Monroe, LA 71203 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14720923 | ## | CERTIFIED AUTOMOTIVE LEASING, 300 Horizon Center Blvd Ste 308, Hamilton, NJ 08691-1919 |
| 14720944 | ## | RAYMOUR AND FLANIGAN, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 27, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Debtor Jeffrey M. Lit dpmudrick@verizon.net  G30229@notify.cincompass.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor JPMorgan Chase Bank  National Association ldoyle@logs.com, bankruptcy@friedmanvartolo.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Mortgage mfarrington@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  Jeffrey M. Lit
1108 Valley Glen Road
Elkins Park, PA 19027−1750

Debtor(s)                                                   Case No: 22−12334−mdc

                                                            Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−2512

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 2/27/23

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

                                        For The Court

                                        Timothy B. McGrath
                                        Clerk of Court

**Date:** 11/25/22

                                                            19
                                                            Form 139