**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| IN RE: | JEFFREY M. LIT | : | CHAPTER 7 | |
| | | : | | |
| | Debtor | : | No. 22-12334MDC | |

**ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13**

**WHEREAS**, the Debtor has filed a Notice of Conversion, which shall be treated as a Motion in accordance with 11 U.S.C. §706(a), seeking to convert this case to a case under chapter 13 of the Bankruptcy Code and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1112 or §1208 or §1307.

It is hereby **ORDERED** that:

1. This chapter 7 case is converted to a case under chapter 13.
2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:
   a. An account of all receipts and disbursements made in the chapter 7 case, and
   b. A report on the administration of the case pursuant to 11 U.S.C. §704(9).
3. The trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.
4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.
5. On or before fourteen (14) days from the date of this order, the Debtor shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.
6. On or before fourteen (14) days from the date of this order, the Debtor shall file a chapter 13 plan.

Date: November 30, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE