United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12334-mdc |
| Jeffrey M. Lit | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeffrey M. Lit, 1108 Valley Glen Road, Elkins Park, PA 19027-1750 |
| 14720916 | + | ABINGTON MEDICAL SPECIALISTS P.C., 118 Welsh Rd Ste B, Horsham, PA 19044-2242 |
| 14720917 | | AMERICAN HERITAGE FCU, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14720918 | | AMEX/CITIBANK, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14720927 | | COHEN MARRACCINI LLC, 660 2nd Street Pike, Southampton, PA 18966-3995 |
| 14720931 | + | EALG&S, PC, 705 Easton Rd Fl 2, Willow Grove, PA 19090-2025 |
| 14720933 | | JEFFERSON HEALTH, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14726823 | + | JPMorgan Chase Bank, National Association, c/o Lorraine Gazzara Doyle,Esquire, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14720934 | | LINEBARGER GIGGAN BLAIR & SAMPSON, LLP, 61 Broadway Rm 2600, New York, NY 10006-2840 |
| 14720936 | + | MACYS/CITIBANK, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14737188 | + | MidFirst Mortgage, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720937 | | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Dallas, TX 75201 |
| 14720940 | | PATENAUDE & FELIX, A.P.C., 2400 Ansys Dr Ste 402-B, Canonsburg, PA 15317-0403 |
| 14720942 | | PHILADELPHIA PARKING AUTHORITY, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 14720943 | | PHILADELPHIA POLICE & FIRE FCU, 901 Arch St, Philadelphia, PA 19107-2404 |
| 14720947 | | SIXT RENT-A-CAR LLC, PO Box 8188, Fort Lauderdale, FL 33310-8188 |
| 14720949 | | STEWART MARGOLIS, 164 Kingswood Ct, Glen Mills, PA 19342-2018 |
| 14720951 | | TABAS & ROSEN, P.C., 1601 Market St Ste 2300, Philadelphia, PA 19103-2306 |
| 14720952 | + | TD BANK N.A, PO BOX 1448, Greenville, SC 29602-1448 |
| 14720956 | | U-HAUL OVERTIME (LB), C/O VENGROFF WILLIAMS, INC., 2211 Fruitville Rd, Sarasota, FL 34237-6116 |
| 14720957 | | VALLEY GLEN CONDOMINIU ASS'N, C/O REALTY MGMT & MAINT. LLC, 456 Germantown Pike Ste 2, Lafayette Hill, PA 19444-1805 |
| 14720958 | | WF/PREFERRED CUSTOMER ACCT, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 30 2022 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | ^ MEBN | Nov 30 2022 23:53:49 | MidFirst Mortgage, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720919 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 30 2022 23:56:00 | APPLE CARD - GS BANK USA, 11850 S Election Rd, Draper, UT 84020-6887 |
| 14720920 | Email/Text: g20956@att.com | Nov 30 2022 23:56:00 | AT&T MOBILITY, PO Box 10330, Fort Wayne, IN 46851-0330 |

Case 22-12334-mdc    Doc 24    Filed 12/02/22    Entered 12/03/22 00:32:33    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14720921 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 30 2022 23:56:00 | CAINE & WEINER, PO Box 55848, Sherman Oaks, CA 91413 |
| 14720922 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2022 00:00:02 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14720925 | | Email/Text: bankruptcycollections@citadelbanking.com | Nov 30 2022 23:56:00 | CITADEL FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14720926 | | Email/Text: bankruptcy@philapark.org | Nov 30 2022 23:56:00 | CITY OF PHILADELPHIA, PARKING VIOLATIONS BRANCH, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14720928 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 30 2022 23:56:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14720929 | ^ | MEBN | Nov 30 2022 23:53:42 | Credit Control, LL, PO Box 31179, Tampa, FL 33631-3179 |
| 14720930 | | Email/Text: mrdiscen@discover.com | Nov 30 2022 23:56:00 | DISCOVER BANK, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14720932 | | Email/Text: crdept@na.firstsource.com | Nov 30 2022 23:56:00 | FIRSTSOURCE ADVANTAGE, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14720924 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2022 00:00:05 | CHASE MORTGAGE, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14726722 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2022 23:59:59 | JPMorgan Chase Bank, National Association, ATTN: Correspondence Mail, Mail Code LA4, 700 Kansas Lane, Monroe , LA , 71203 |
| 14720935 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 00:00:00 | LVNV FUNDING, LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14720938 | ^ | MEBN | Nov 30 2022 23:53:36 | NCB MGMT SERVICES INC., PO Box 1099, Langhorne, PA 19047-6099 |
| 14720939 | + | Email/Text: bnc@nordstrom.com | Nov 30 2022 23:56:59 | NORDSTROM TD BANK USA, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 14720941 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 30 2022 23:56:00 | PECO ENERGY, 2301 Market St # N3-1, Philadelphia, PA 19103-1380 |
| 14721863 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14720945 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2022 00:00:02 | RESURGENT CAPITAL SERVICES, PO Box 10497, Greenville, SC 29603-0497 |
| 14720946 | | Email/Text: bankruptcy@sequium.com | Nov 30 2022 23:56:00 | SEQUIUM ASSET SOLUTIONS, LLC, 1130 Northchase Pkwy SE Ste 150, Marietta, GA 30067-6429 |
| 14720948 | | Email/Text: bankruptcy@springoakscapital.com | Nov 30 2022 23:56:00 | SPRING OAKS CAPITAL LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14720950 | | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 00:00:02 | SYNCB/SAMS DUAL CARD, PO Box 965005, Orlando, FL 32896-5005 |
| 14719628 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 00:00:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719422 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 01 2022 00:00:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14720953 | | Email/Text: bncmail@w-legal.com | Nov 30 2022 23:56:00 | TD BANK USA, N.A., PO Box 673, Minneapolis, MN 55440-0673 |
| 14720954 | | Email/Text: bncmail@w-legal.com | Nov 30 2022 23:56:00 | TD BANK USA/TARGET CREDIT, PO Box 1470, Minneapolis, MN 55440-1470 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 30, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| 14720955 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2022 00:10:33 | THE HOME DEPOT/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
|---|---|---|---|

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, National Association, ATTN: Correspondence Mail, Mail Code LA4, 700 Kansas Lane, Monroe, LA 71203 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14720923 | ## | CERTIFIED AUTOMOTIVE LEASING, 300 Horizon Center Blvd Ste 308, Hamilton, NJ 08691-1919 |
| 14720944 | ## | RAYMOUR AND FLANIGAN, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. MUDRICK | on behalf of Debtor Jeffrey M. Lit dpmudrick@verizon.net G30229@notify.cincompass.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor JPMorgan Chase Bank  National Association ldoyle@logs.com, bankruptcy@friedmanvartolo.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Mortgage mfarrington@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     JEFFREY M. LIT     :     CHAPTER 7
:
Debtor     :     No. 22-12334MDC

### ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

**WHEREAS**, the Debtor has filed a Notice of Conversion, which shall be treated as a Motion in accordance with 11 U.S.C. §706(a), seeking to convert this case to a case under chapter 13 of the Bankruptcy Code and the court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. §1112 or §1208 or §1307.

It is hereby **ORDERED** that:

1. This chapter 7 case is converted to a case under chapter 13.
2. Within twenty-eight (28) days of the entry of this order, the Chapter 7 Trustee shall file:
   a. An account of all receipts and disbursements made in the chapter 7 case, and
   b. A report on the administration of the case pursuant to 11 U.S.C. §704(9).
3. The trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the trustee's custody and control.
4. The trustee or any other party entitled to compensation may within twenty-eight (28) days of the date of this order file an application for compensation and reimbursement of expenses.
5. On or before fourteen (14) days from the date of this order, the Debtor shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.
6. On or before fourteen (14) days from the date of this order, the Debtor shall file a chapter 13 plan.

Date: November 30, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE