**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Jeffrey M. Lit | : | |
| Debtor | : | |
| | : | Bankruptcy No. 22-12334-mdc |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the Order Converting the case dated 11/30/2022, this case is hereby DISMISSED.

December 15, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:	Chapter 13 Plan

bfmisdoc elf (1/22/15)