United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12334-mdc |
| Jeffrey M. Lit | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jeffrey M. Lit, 1108 Valley Glen Road, Elkins Park, PA 19027-1750 |
| 14720916 | + | ABINGTON MEDICAL SPECIALISTS P.C., 118 Welsh Rd Ste B, Horsham, PA 19044-2242 |
| 14720917 | | AMERICAN HERITAGE FCU, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14720918 | | AMEX/CITIBANK, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14720927 | | COHEN MARRACCINI LLC, 660 2nd Street Pike, Southampton, PA 18966-3995 |
| 14720931 | + | EALG&S, PC, 705 Easton Rd Fl 2, Willow Grove, PA 19090-2025 |
| 14739887 | + | Ehrich,Alexander,Leibowitz,Gold and Schwartz,PC, 705 Easton Road, 2nd Floor, Willow Grove PA 19090-2025 |
| 14720933 | | JEFFERSON HEALTH, 833 Chestnut St Ste 115, Philadelphia, PA 19107-4401 |
| 14726823 | + | JPMorgan Chase Bank, National Association, c/o Lorraine Gazzara Doyle,Esquire, LOGS Legal Group LLP, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14720934 | | LINEBARGER GIGGAN BLAIR & SAMPSON, LLP, 61 Broadway Rm 2600, New York, NY 10006-2840 |
| 14720936 | + | MACYS/CITIBANK, N.A., PO Box 8218, Mason, OH 45040-8218 |
| 14737188 | + | MidFirst Mortgage, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720937 | | NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Dallas, TX 75201 |
| 14720940 | | PATENAUDE & FELIX, A.P.C., 2400 Ansys Dr Ste 402-B, Canonsburg, PA 15317-0403 |
| 14720942 | | PHILADELPHIA PARKING AUTHORITY, Red Light Camera Program, PO Box 597, Baltimore, MD 21203-0597 |
| 14720943 | | PHILADELPHIA POLICE & FIRE FCU, 901 Arch St, Philadelphia, PA 19107-2404 |
| 14720947 | | SIXT RENT-A-CAR LLC, PO Box 8188, Fort Lauderdale, FL 33310-8188 |
| 14720949 | | STEWART MARGOLIS, 164 Kingswood Ct, Glen Mills, PA 19342-2018 |
| 14720951 | | TABAS & ROSEN, P.C., 1601 Market St Ste 2300, Philadelphia, PA 19103-2306 |
| 14720952 | + | TD BANK N.A, PO BOX 1448, Greenville, SC 29602-1448 |
| 14720956 | | U-HAUL OVERTIME (LB), C/O VENGROFF WILLIAMS, INC., 2211 Fruitville Rd, Sarasota, FL 34237-6116 |
| 14720957 | | VALLEY GLEN CONDOMINIU ASS'N, C/O REALTY MGMT & MAINT. LLC, 456 Germantown Pike Ste 2, Lafayette Hill, PA 19444-1805 |
| 14720958 | | WF/PREFERRED CUSTOMER ACCT, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | ^ | MEBN | Dec 16 2022 23:57:35 | MidFirst Mortgage, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14720919 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2022 00:11:00 | APPLE CARD - GS BANK USA, 11850 S Election Rd, Draper, UT 84020-6887 |
| 14720920 | | Email/Text: g20956@att.com | Dec 17 2022 00:12:00 | AT&T MOBILITY, PO Box 10330, Fort Wayne, |

Case 22-12334-mdc    Doc 26    Filed 12/18/22    Entered 12/19/22 00:30:29    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | IN 46851-0330 |
| 14720921 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 17 2022 00:11:00 | CAINE & WEINER, PO Box 55848, Sherman Oaks, CA 91413 |
| 14720922 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2022 00:11:15 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14720925 | | Email/Text: bankruptcycollections@citadelbanking.com | Dec 17 2022 00:11:00 | CITADEL FCU, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14720926 | | Email/Text: bankruptcy@philapark.org | Dec 17 2022 00:12:00 | CITY OF PHILADELPHIA, PARKING VIOLATIONS BRANCH, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14741156 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 17 2022 00:11:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14741414 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2022 00:11:24 | Capital One N.A., PO Box 71083, Charlotte NC 28272-1083 |
| 14739358 | | Email/Text: bnc-quantum@quantum3group.com | Dec 17 2022 00:11:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14720928 | | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 17 2022 00:12:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14720929 | ^ | MEBN | Dec 16 2022 23:57:15 | Credit Control, LL, PO Box 31179, Tampa, FL 33631-3179 |
| 14720930 | | Email/Text: mrdiscen@discover.com | Dec 17 2022 00:11:00 | DISCOVER BANK, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14739138 | | Email/Text: mrdiscen@discover.com | Dec 17 2022 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14720932 | | Email/Text: crdept@na.firstsource.com | Dec 17 2022 00:11:00 | FIRSTSOURCE ADVANTAGE, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14720924 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2022 00:11:05 | CHASE MORTGAGE, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 14726722 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 17 2022 00:11:05 | JPMorgan Chase Bank, National Association, ATTN: Correspondence Mail, Mail Code LA4, 700 Kansas Lane, Monroe , LA , 71203 |
| 14720935 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2022 00:11:16 | LVNV FUNDING, LLC, C/O Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 14739929 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2022 00:11:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739618 | | Email/Text: amps@manleydeas.com | Dec 17 2022 00:11:00 | Matrix Financial Services Corporation, c/o Alyk L. Oflazian, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14720938 | ^ | MEBN | Dec 16 2022 23:57:13 | NCB MGMT SERVICES INC., PO Box 1099, Langhorne, PA 19047-6099 |
| 14720939 | + | Email/Text: bnc@nordstrom.com | Dec 17 2022 00:11:43 | NORDSTROM TD BANK USA, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 14720941 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 17 2022 00:11:00 | PECO ENERGY, 2301 Market St # N3-1, Philadelphia, PA 19103-1380 |
| 14721863 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14720945 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2022 00:11:16 | RESURGENT CAPITAL SERVICES, PO Box 10497, Greenville, SC 29603-0497 |
| 14720946 | | Email/Text: bankruptcy@sequium.com | Dec 17 2022 00:11:00 | SEQUIUM ASSET SOLUTIONS, LLC, 1130 Northchase Pkwy SE Ste 150, Marietta, GA 30067-6429 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14720948 | | Email/Text: bankruptcy@springoakscapital.com Dec 17 2022 00:11:00 | | SPRING OAKS CAPITAL LLC, PO Box 1216, Chesapeake, VA 23327-1216 |
| 14720950 | | Email/PDF: gecsedi@recoverycorp.com Dec 17 2022 00:11:24 | | SYNCB/SAMS DUAL CARD, PO Box 965005, Orlando, FL 32896-5005 |
| 14719628 | + | Email/PDF: gecsedi@recoverycorp.com Dec 17 2022 00:11:24 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719422 | + | Email/PDF: gecsedi@recoverycorp.com Dec 17 2022 00:11:24 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14740527 | + | Email/PDF: ebn_ais@aisinfo.com Dec 17 2022 00:11:15 | | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14720953 | | Email/Text: bncmail@w-legal.com Dec 17 2022 00:11:00 | | TD BANK USA, N.A., PO Box 673, Minneapolis, MN 55440-0673 |
| 14720954 | | Email/Text: bncmail@w-legal.com Dec 17 2022 00:11:00 | | TD BANK USA/TARGET CREDIT, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14739153 | + | Email/Text: tdebn@credbankserv.com Dec 17 2022 00:11:00 | | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14720955 | | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 17 2022 00:11:19 | | THE HOME DEPOT/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMorgan Chase Bank, National Association, ATTN: Correspondence Mail, Mail Code LA4, 700 Kansas Lane, Monroe, LA 71203 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14720923 | ## | CERTIFIED AUTOMOTIVE LEASING, 300 Horizon Center Blvd Ste 308, Hamilton, NJ 08691-1919 |
| 14720944 | ## | RAYMOUR AND FLANIGAN, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Dec 16, 2022 | Form ID: pdf900 | Total Noticed: 59

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor Matrix Financial Services Corporation amps@manleydeas.com |
| DANIEL P. MUDRICK | on behalf of Debtor Jeffrey M. Lit dpmudrick@verizon.net G30229@notify.cincompass.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor JPMorgan Chase Bank National Association ldoyle@logs.com, cistewart@logs.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MidFirst Mortgage mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Jeffrey M. Lit | : | |
| Debtor | : | |
| | : | |
| | : | Bankruptcy No. 22-12334-mdc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the Order Converting the case dated 11/30/2022, this case is hereby DISMISSED.

December 15, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Missing Documents:    Chapter 13 Plan

bfmisdoc elf (1/22/15)